UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH YARGO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-1380** |
| **UV LOGISTICS, LLC** | **SECTION: "G" (4)** |

### ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(R. Doc. No. 12)** scheduled for May 7, 2012, at 10:00 a.m., is **Cancelled.** A copy of the facsimile correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 30th day of January 2012

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Nannette Jolivette Brown**

January 30, 2012

Honorable Karen Wells Roby
United States Magistrate Judge
500 Poydras Street, Room B 437
New Orleans, Louisiana  70130

      RE:   *Joseph Yargo versus UV Logistics, LLC*
             USDC, Eastern District of Louisiana, Civil Action No. 11-1380

Dear Judge Roby:

      Please be advised that the parties in the above-referenced matter have compromised a settlement of this matter.  As such, please remove any hearing dates from the docket.  Appropriate pleadings will be filed in the near future.

      Should you have any questions or concerns, please feel free to contact my office.

                                    Sincerely yours,
                                    LAW OFFICE OF DALE EDWARD WILLIAMS

                                    Dale E. Williams

DEW/ah
cc:    Steve Hymowitz