UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH YARGO | CIVIL ACTION |
| VERSUS | No. 11-1380 |
| UV LOGISTICS, LLC, | SECTION "G"(4) |

### ORDER

Considering the parties' Joint Stipulation of Dismissal with Prejudice;

**IT IS ORDERED** that this case be **DISMISSED** with prejudice, with the parties bearing their own costs of court and attorneys' fees.

New Orleans, Louisiana, this   28th   day of February, 2012.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**